# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

In Re:  Cory O'Dell                           Case No. **07-10809**
        Danielle Abare-O'Dell
                                              Chapter 13

## AFFIDAVIT OF POST PETITION DELINQUENCY

NOW COMES Rachel Jones, on oath and deposes, based on his/her own personal knowledge as follows:

1. I, Rachel Jones, am a Bankruptcy Supervisor with Universal Mortgage Corporation, secured creditor with respect to the mortgage on debtors' real estate located at 23 Cedar Ave, Fair Haven, VT, which is the subject of this matter.

2. Debtors' loan is presently past due for post petition payments from July, 2008 – August, 2008. Payments are presently due in the amount of $872.56, effective January, 2008 leaving the following balance due:

   | | |
   |---|---|
   | 1/1/08 | Payment short $9.00 |
   | 7/1/08 | 1@ $839.00 |
   | 8/1/08 | 1@ $839.00 |
   | 9/1/08 | 1@ $839.00 |
   | Payments Due | $2526.00 |
   | Payments past due | $1687.00 |
   | Late Charges | $171.12 |
   | Total Due | $2,697.12 |
   | Total in Default | $1,858.12 |

3. A payment was received on June 30, 2008 in the amount of $851.76 which covered the May, 2008 installment. A subsequent payment was applied on September 11, 2008 to the June 2008 installment.

DATED this 11th day of September, 2008.

Universal Mortgage Corporation
By: _____
Rachel Jones
Duly Authorized Agent for Universal Mortgage Corporation

Sworn and subscribed before me this 11th day of September 2008.

_____
Notary Public

[Notary Seal: NOTARY PUBLIC • MARY K. HARP • STATE OF WISCONSIN]



September 11, 2008

America's first choice for home financing · umc123.com

Cory O'Dell
23 Cedar Avenue
Fair Haven, VT 05743

Account#10192151
Case#07-10809
Unpaid Prin. Balance: $84,615.12
Property Address: Same

Dear Mortgagor(s):

Your account is currently due for the July-September Post Petition payments & late charges in the amount of $2,697.12. The last payment received and applied to your account was 9/11/08 in the amount of $851.76.

Breakdown of delinquency as follows:

1/08 payment short $9.00
2/08 payment short $20.80
3/08 payment short $20.80
4/08 payment short $20.80
5/08 payment short $20.80
6/08 payment short $20.80
7/08 Post Petition $839.00, late charge $33.56 =$872.56
8/08 Post Petition $839.00, late charge $33.56 =$872.56
9/08 Post Petition $839.00

Total $2,697.12
**After the 16th you will have an additional late charge of $33.56 added to your account.**

Current monthly payments need to be made in the amount of $839.00 which includes an Escrow deposit of $278.02 per month.

If you have any questions regarding this statement please contact me @ 1(800) 558-7280 or (262) 292-0278 Fax®262) 292-0007 E-mail: rjones@umc123.com

Sincerely,

Rachel Jones
Bankruptcy Analyst

```
SR497AR-02  SCOLRLJ          Detail Transaction History       9/03/08  15:55:52
Loan#    10192151 Inv# 926      Pool 0608412 InvLn# 102586378    UPB:    84,615.12
Borr1 CORY W. O'DELL             Status    R  Int.Rate  6.375  EscBal         .00
Borr2                            Type 01 - 12 SrvFees  .08750  EscAdv    2,293.39
Prop: 23 CEDAR AVENUE             FHA  - LOA  YldDif  .00000  TotPmt      839.00
      FAIR HAVEN  VT 05743  #PmtDlq     10   NextDue 12/01/07 TotDel    8,390.00
Int Pd To 11/01/07  P&I Short       .00  Corp Adv         .00  MSG: 41 05 13
TRN#  CODE   POSTED   EFFECTVE     DESCRIPTION         NEXT DUE   TOTAL AMT
 277  60 40  12/06/07 12/06/07  FHA INS DISBURSED       6/01/07      34.80-
 278  02 83  12/11/07 12/11/07  PAYMENT                 7/01/07     839.00
 279  19 19  12/11/07 12/11/07  RECOVER ESCROW ADVANCE  7/01/07     278.02-
 280  26 25  12/11/07 12/11/07  MISC ADJ                7/01/07     839.00-
 281  14 99  12/17/07 12/17/07  LATE CHARGE             7/01/07      33.20
 282  19 40   1/04/08  1/04/08  FHA INS ADVANCE         7/01/07      34.80
 283  60 40   1/04/08  1/04/08  FHA INS DISBURSED       7/01/07      34.80-
 284  13 25   1/11/08  1/11/08   ~~~~~~~~~~~~~~~-1/08   7/01/07      ~~~~~~
 285  14 99   1/16/08  1/16/08  LATE CHARGE             7/01/07      33.20
 286  19 35   1/17/08  1/17/08  RE TAX ADVANCE          7/01/07     542.97
 287  60 35   1/17/08  1/17/08  RE TAX DISBURSED        7/01/07     542.97-
 288  19 40   2/08/08  2/08/08  FHA INS ADVANCE         7/01/07      34.80
 289  60 40   2/08/08  2/08/08  FHA INS DISBURSED       7/01/07      34.80-
 290  14 99   2/18/08  2/18/08  LATE CHARGE             7/01/07      33.56
                                                                    More...
F2=Switch view    F3=Exit    F12=Return    Pg Down    Pg Up
```

```
SR497AR-02  SCOLRLJ         Detail Transaction History          9/03/08  15:55:52
Loan#   10192151 Inv# 926    Pool 0608412 InvLn# 102586378    UPB:    84,615.12
Borr1  CORY W. O'DELL                Status   R  Int.Rate  6.375  EscBal       .00
Borr2                                Type 01 - 12 SrvFees  .08750 EscAdv   2,293.39
Prop:  23 CEDAR AVENUE              FHA  - LOA YldDif  .00000 TotPmt      839.00
       FAIR HAVEN  VT  05743  #PmtDlq      10  NextDue 12/01/07 TotDel   8,390.00
Int Pd To 11/01/07    P&I Short       .00  Corp Adv         .00  MSG: 41 05 13
TRN#   CODE   POSTED   EFFECTVE        DESCRIPTION        NEXT DUE    TOTAL AMT
 291   02     2/29/08  ▓▓▓▓▓▓▓▓▓▓ 2/08                    8/01/07   ▓▓▓▓▓▓▓
 292   19 19  2/29/08  2/29/08 RECOVER ESCROW ADVANCE     8/01/07       278.02-
 293   26 25  2/29/08  2/29/08 MISC ADJ                   8/01/07        20.80-
 294   19 40  3/06/08  3/06/08 FHA INS ADVANCE            8/01/07        34.80
 295   60 40  3/06/08  3/06/08 FHA INS DISBURSED          8/01/07        34.80-
 296   26 51  3/17/08  3/17/08 DFRD LT CHG NOCASH ADJ     8/01/07       134.24
 297   26 64  3/17/08  3/17/08 NON CASH FEE ADJ           8/01/07        10.00-
 298   26 64  3/17/08  3/17/08 NON CASH FEE ADJ           8/01/07        10.00-
 299   26 64  3/17/08  3/17/08 NON CASH FEE ADJ           8/01/07        10.00-
 300   14 99  3/17/08  3/17/08 LATE CHARGE                8/01/07        33.56
 301   26 52  3/18/08  3/18/08 DFRD NSF NOCASH ADJ        8/01/07        30.00
 302   19 50  3/20/08  3/20/08 HAZ INS ADVANCE            8/01/07       737.00
 303   60 50  3/20/08  3/20/08 HAZ INS DISBURSED          8/01/07       737.00-
 304   02     3/24/08  ▓▓▓▓▓▓▓▓▓▓ 3/08                    9/01/07   ▓▓▓▓▓▓▓
                                                                         More...
F2=Switch view    F3=Exit    F12=Return    Pg Down    Pg Up
```

```
SR497AR-02  SCOLRLJ        Detail Transaction History          9/03/08  15:55:52
Loan#    10192151 Inv#  926    Pool 0608412 InvLn#  102586378  UPB:     84,615.12
Borr1  CORY W. O'DELL            Status   R  Int.Rate   6.375  EscBal         .00
Borr2                            Type 01 - 12 SrvFees   .08750 EscAdv    2,293.39
Prop: 23 CEDAR AVENUE            FHA  - LOA  YldDif    .00000  TotPmt      839.00
      FAIR HAVEN  VT  05743   #PmtDlq       10  NextDue 12/01/07 TotDel   8,390.00
Int Pd To 11/01/07  P&I Short      .00  Corp Adv          .00  MSG: 41 05 13
TRN#  CODE   POSTED   EFFECTVE     DESCRIPTION         NEXT DUE    TOTAL AMT
 305  19 19  3/24/08   3/24/08  RECOVER ESCROW ADVANCE  9/01/07       278.02-
 306  26 25  3/24/08   3/24/08  MISC ADJ                9/01/07        20.80-
 307  19 40  4/03/08   4/03/08  FHA INS ADVANCE         9/01/07        34.80
 308  60 40  4/03/08   4/03/08  FHA INS DISBURSED       9/01/07        34.80-
 309  13 25  4/16/08   4/16/08  PMT-MISC SUSP           9/01/07        61.24
 310  14 99  4/16/08   4/16/08  LATE CHARGE             9/01/07        33.56
 311  26 25  4/18/08   4/18/08  MISC ADJ                9/01/07       839.00-
 312  02 83  4/18/08   4/18/08  PAYMENT                10/01/07       839.00
 313  19 19  4/18/08   4/18/08  RECOVER ESCROW ADVANCE 10/01/07       278.02-
 314  26 51  4/22/08   4/22/08  DFRD LT CHG NOCASH ADJ 10/01/07        33.56
 315  19 35  5/01/08   5/01/08  RE TAX ADVANCE         10/01/07       542.97
 316  60 35  5/01/08   5/01/08  RE TAX DISBURSED       10/01/07       542.97-
 317  02 83  5/06/08                                   11/01/07
 318  19 19  5/06/08   5/06/08  RECOVER ESCROW ADVANCE 11/01/07       278.02-
                                                                      More...
F2=Switch view    F3=Exit    F12=Return   Pg Down   Pg Up
```

Handwritten annotations: "1/08 pmt pulled, was short" (next to TRN 311/312); "4/08" (next to TRN 317).

```
SR497AR-02  SCOLRLJ       Detail Transaction History        9/03/08  15:55:52
Loan#   10192151 Inv# 926   Pool 0608412 InvLn#  102586378   UPB:     84,615.12
Borr1 CORY W. O'DELL           Status    R  Int.Rate  6.375  EscBal         .00
Borr2                          Type  01 - 12 SrvFees  .08750 EscAdv    2,293.39
Prop: 23 CEDAR AVENUE          FHA  -  LOA  YldDif   .00000  TotPmt      839.00
      FAIR HAVEN   VT 05743  #PmtDlq       10  NextDue 12/01/07 TotDel  8,390.00
Int Pd To 11/01/07   P&I Short      .00  Corp Adv          .00  MSG: 41 05 13
TRN#   CODE     POSTED   EFFECTVE     DESCRIPTION         NEXT DUE   TOTAL AMT
 319   13 25    5/06/08   5/06/08  PMT-MISC SUSP          11/01/07       12.76
 320   19 40    5/07/08   5/07/08  FHA INS ADVANCE        11/01/07       34.24
 321   60 40    5/07/08   5/07/08  FHA INS DISBURSED      11/01/07       34.24-
 322   26 51    5/14/08   5/14/08  DFRD LT CHG NOCASH ADJ 11/01/07       33.56
 323   14 99    5/16/08   5/16/08  LATE CHARGE            11/01/07       33.56
 324   13 25    5/29/08   5/29/08  PMT-MISC SUSP          11/01/07       61.24
 325   19 40    6/05/08   6/05/08  FHA INS ADVANCE        11/01/07       34.24
 326   60 40    6/05/08   6/05/08  FHA INS DISBURSED      11/01/07       34.24-
 327   14 99    6/16/08   6/16/08  LATE CHARGE            11/01/07       33.56
 328   13 25    6/17/08   6/17/08  PMT-MISC SUSP          11/01/07       95.16
 329   02 83    6/30/08   ██████████ 5/08                 12/01/07      ███████
 330   19 19    6/30/08   6/30/08  RECOVER ESCROW ADVANCE 12/01/07      278.02-
 331   13 25    6/30/08   6/30/08  PMT-MISC SUSP          12/01/07       12.76
 332   26 51    7/01/08   7/01/08  DFRD LT CHG NOCASH ADJ 12/01/07       33.56
                                                                         More...
F2=Switch view    F3=Exit    F12=Return    Pg Down    Pg Up
```

```
SR497AR-02  SCOLRLJ         Detail Transaction History        9/03/08  15:55:52
Loan#    10192151 Inv# S26   Pool 0608412 InvLn# 102586378  UPB:     84,615.12
Borr1 CORY W. O'DELL                Status   R  Int.Rate  6.375  EscBal        .00
Borr2                               Type 01 - 12 SrvFees  .08750  EscAdv   2,293.39
Prop: 23 CEDAR AVENUE                  FHA - LOA YldDif  .00000  TotPmt     839.00
      FAIR HAVEN  VT 05743  #PmtDlq      10  NextDue 12/01/07  TotDel   8,390.00
Int Pd To 11/01/07    P&I Short       .00  Corp Adv         .00  MSG: 41 05 13
TRN#  CODE    POSTED   EFFECTVE     DESCRIPTION       NEXT DUE   TOTAL AMT
 333  19 40  7/03/08   7/03/08  FHA INS ADVANCE       12/01/07       34.24
 334  60 40  7/03/08   7/03/08  FHA INS DISBURSED     12/01/07       34.24-
 335  14 99  7/16/08   7/16/08  LATE CHARGE           12/01/07       33.56
 336  19 35  7/31/08   7/31/08  RE TAX ADVANCE        12/01/07      619.43
 337  60 35  7/31/08   7/31/08  RE TAX DISBURSED      12/01/07      619.43-
 338  19 40  8/07/08   8/07/08  FHA INS ADVANCE       12/01/07       35.94
 339  60 40  8/07/08   8/07/08  FHA INS DISBURSED     12/01/07       35.94-
 340  14 99  8/18/08   8/18/08  LATE CHARGE           12/01/07       33.56

                                                                       Bottom
F2=Switch view    F3=Exit    F12=Return    Pg Down    Pg Up
```